**SO ORDERED.**

**Dated: November 17, 2009**



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

**PERRY & SHAPIRO, L.L.P.**
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for MERS Inc., as nominee for
JP Morgan Chase Bank NA
[FILE 09-017532 CHE]

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case # 2:09-bk-21458-CGC |
| SCOTT J. LEADER AND JENNIFER M. LEADER A/K/A JENNIFER JAMBOR, | Chapter 7 Proceedings |
| Debtor. | |
| MERS Inc., as nominee for JP Morgan Chase Bank NA, its assignees and / or successors in interest, Movant, | **ORDER LIFTING THE AUTOMATIC STAY** Re: Real Property located at 2029 West Marconi Avenue Phoenix, AZ 85023 |
| v. | |
| SCOTT J. LEADER AND JENNIFER M. LEADER A/K/A JENNIFER JAMBOR, Debtor, and Chapter 7 Trustee S. William Manera, Respondents. | |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by MERS Inc., as nominee for JP Morgan Chase Bank NA, ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 2029 West Marconi Avenue, Phoenix, AZ 85023 and legally described as:

> LOT 245, OF NORTHGATE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 835 OF MAPS, PAGE 50 AND AFFIDAVIT OF CORRECTION RECORDED AS 2006-1154840 OF OFFICIAL RECORDS. EXCEPTING THEREFROM ALL OIL, GAS, OTHER HYDROCARBON SUBSTANCES, HELIUM OR OTHER SUBSTANCES OF A GASEOUS NATURE, COAL, METALS, MINERALS, FOSSILS, FERTILIZERS OF EVERY NAME AND DESCRIPTION, TOGETHER WITH ALL THE URANIUM, THORIUM OR ANY OTHER MATERIAL WHICH MAY BE DETERMINED BY THE LAWS OF THE UNITED STATES, OR OF THIS STATE, OR DECISIONS OF COURT, TO BE PARTICULARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS, WHETHER OR NOT OF COMMERCIAL VALUE, AND THE EXCLUSIVE RIGHT THERETO, ON, IN OR UNDER THE ABOVE DESCRIBED LANDS, SHALL BE AND REMAIN AND ARE HEREBY RESERVED IN AND RETAINED BY

1       STATE OF ARIZONA IN PATENT RECORDED AS 2006-1145727 OF

2       OFFICIAL RECORDS

    **2.** CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

    **3.** Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

    **4.** Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

    DATED: _____

                                          _____
                                          Charles G. Case, II
                                          U. S. Bankruptcy Court Judge